In the Matter of Acquiring Title by The City of New York, Appellant, to Certain Lands and Premises on the Southerly Side of West 135th Street, West

of Lenox Avenue, as an Addition to the Site of Public School No. 89, etc. ALEXANDER JAY BRUEN and Others, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.